IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCEL GROEN, | CIVIL ACTION |
| v. | NO.: 2:15-cv-05161-GJP |
| STATE FARM FIRE AND CASUALTY COMPANY | |

ORDER

AND NOW, this _____ day of _____, 2015, upon consideration of the Motion of Defendant, State Farm Fire and Casualty Company, to Enforce Subpoena against Teva Landscaping, and any response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED. Teva Landscaping is hereby DIRECTED to fully and completely comply with the valid Subpoena within **ten (10) days** from the date of this Order, or suffer such sanctions as may be imposed by this Court.

BY THE COURT:

_____
Gerald J. Pappert, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCEL GROEN, | CIVIL ACTION |
| v. | NO.: 2:15-cv-05161-GJP |
| STATE FARM FIRE AND CASUALTY COMPANY | |

## DEFENDANT, STATE FARM FIRE AND CASUALTY COMPANY'S MOTION TO ENFORCE SUBPOENA AGAINST TEVA LANDSCAPING

Defendant, State Farm Fire and Casualty Company, by and through its attorneys, Bennett, Bricklin & Saltzburg LLC, hereby moves this Court to enter an Order pursuant to F.R.C.P. 34 and F.R.C.P. 45, compelling Teva Landscaping to respond fully and completely to a valid Subpoena, or suffer such further sanctions as may be imposed by this Court and, in support thereof, states as follows:

1. This civil action arises out of an insurance claim under plaintiff's homeowner's policy, relating to alleged damages at plaintiff's property, which reportedly occurred on or about March 4, 2014.

2. On September 16, 2015, a subpoena was issued and directed to Teva Landscaping ("Teva"), which was identified as a company that performed repairs and/or other work at the property involved in this case and in the underlying insurance claim. A copy of the subpoena is attached hereto as Exhibit "A".

3. On October 6, 2015, the subpoena was personally served on Ami Dolev, owner of Teva, at Teva's business address located at 323 Osceola Avenue, Elkins Park, PA 19027. See Affidavit of Service by Yolanda Konopacka DeSipio, Esquire dated October 14, 2015, and Proof of Service by Paul Merlino, dated October 6, 2015, attached hereto as Exhibit "B".

4. Teva's response was due on or before October 14, 2015, but Teva failed to timely respond without reasonable or compelling excuse.

5. On October 28, 2015, defense counsel sent a follow up letter to Teva by certified and regular mail requesting compliance with this Court's subpoena. A copy of defendant's letter dated October 28, 2015 is attached hereto as Exhibit "C". The regular mail copy of the letter has not been returned, and the certified return receipt has not been received. Notice of the certified mail letter was left at Teva's address on October 31, 2015 but, to date, the certified mail copy remains unclaimed. A copy of the certified mail tracking report from USPS is attached hereto as Exhibit "D".

6. To date, Teva has failed to comply with, object to, or otherwise respond to this Court's subpoena.

7. Pursuant to Fed. R. Civ. P. 34(c), non-parties may be compelled to produce documents and tangible things as provided by Rule 45.

8. Federal Rule of Civil Procedure 45 provides that at any time, the serving party may move the issuing Court for an Order compelling production or inspection of the records requested by the Subpoena.

9. Local Rule of Civil Procedure 26.1(g) provides that a routine motion to compel compliance with a request for production under Fed.R.Civ.P. 34 may by summarily granted by the Court under the circumstances of this case, without waiting for a response.

10. Defendant will be unduly prejudiced if Teva is not compelled to timely comply with the properly served Subpoena, because Defendant cannot properly evaluate and defend against the claims alleged by Plaintiff without its response.

11. Further, the requested documentation from Teva is needed to evaluate and assess the scope and amount of Plaintiff's alleged loss and the reasonableness of the repairs performed.

**WHEREFORE,** Defendant, State Farm Fire and Casualty Company, respectfully requests that this Honorable Court enter the attached Order compelling Teva Landscaping to fully and completely comply with the valid Subpoena within ten (10) days of the date of this Court's Order, or suffer such further sanctions deemed appropriate upon further application to this Court by State Farm.

BENNETT, BRICKLIN & SALTZBURG LLC

By: _____YKD/62170_____
YOLANDA KONOPACKA DESIPIO, ESQUIRE
Attorneys for Defendant
Attorney ID No. 62170
Bennett, Bricklin & Saltzburg LLC
960 Harvest Drive
Building B, Suite 100
Blue Bell, PA 19422
(267) 654-1100

Dated: December 21, 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCEL GROEN, | CIVIL ACTION |
| v. | NO.: 2:15-cv-05161-GJP |
| STATE FARM FIRE AND CASUALTY COMPANY | |

## ATTORNEY CERTIFICATION OF GOOD FAITH

The undersigned counsel for movant hereby certifies and attests that:

(a.) She had the contacts described below with Teva Landscaping regarding the discovery matter contained in the foregoing discovery motion in an effort to resolve the specific discovery dispute(s) at issue and, further, that despite the undersigned counsel's good faith attempts to resolve the dispute(s), counsel has been unable to do so.

Description: Defendant served a valid records subpoena on Teva Landscaping by personal service on October 6, 2015. No objection was filed by plaintiff or by Teva Landscaping. Defendant's counsel sent a follow up letter to Teva Landscaping on October 28, 2015, demanding compliance with the subpoena. Teva Landscaping has failed to respond or object to the subpoena.

(b.) She has made good faith but unsuccessful efforts described herein and below to contact opposing counsel or unrepresented party in an effort to resolve the discovery dispute.

Description: Defendant served a valid Subpoena on Teva Landscaping on October 6, 2015. Please see above.

**CERTIFIED TO THE COURT BY:**

By: _____YKD/62170_____
YOLANDA KONOPACKA DESIPIO, ESQUIRE
Attorneys for Defendant
Attorney ID No. 62170
Bennett, Bricklin & Saltzburg LLC
960 Harvest Drive
Building B, Suite 100
Blue Bell, PA 19422
(267) 654-1100