IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCEL GROEN,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>　　　　　*Defendant*. | CIVIL ACTION<br>NO. 15-05161 |

## ORDER

**AND NOW**, this 19th day of January, 2016, upon consideration of Defendant State Farm Fire and Casualty Company's ("State Farm") Motions to Enforce Subpoena Against Fresh Air Services, Inc. ("Fresh Air") (ECF No. 16), Orlando Remodeling ("Orlando") (ECF No. 17) and Teva Landscaping ("Teva") (ECF No. 19) (collectively the "Motions"), it is hereby **ORDERED** that the Motions are **GRANTED**. Fresh Air, Orlando and Teva (the "entities") must:

- **COMPLY** with or otherwise **RESPOND** to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoena"), personally served on or about October 6, 2015, by **February 5, 2016**. Should any of the entities fail to comply with or otherwise respond to the Subpoena, the Court will issue an Order to Show Cause and schedule a hearing to determine if they should be held in contempt pursuant to Federal Rule of Civil Procedure 45(g).

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.